# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> TERRY TYRON POWELL <br> Date of Previous Judgment: April 15, 2002 <br> (Use Date of Last Amended Judgment if Applicable) | ) <br> ) <br> ) Case No: 7:99-CR-24-1F <br> ) USM No: 18269-056 <br> ) <br> ) Defendant's Attorney Thomas P. McNamara |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED    and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __204__ months is reduced to 166 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 40 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 360 to 360 months | Amended Guideline Range: | 292 to 360 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated April 15, 2002, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/30/08

Effective Date: _____
(if different from order date)

_James C. Fox_
Judge's signature

James C. Fox, Senior U.S. District Judge
Printed name and title